UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIANE SMITH, | § | |
|     O/B/O CUVANTE CRAWFORD, | § | |
|         PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:21-CV-868-B-BK |
| | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
|         DEFENDANT. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's motion, Doc. 8, is **GRANTED**.

**SO ORDERED** this 10th day of January, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE